| | |
|---|---|
| 1 | CHAD GREESON (CA SBN 251928) |
|   | DANIEL XULI (CA SBN 316583) |
| 2 | LITTLER MENDELSON P.C. |
|   | Treat Towers, Suite 600 |
| 3 | 1255 Treat Boulevard |
|   | Walnut Creek, CA 94597 |
| 4 | Telephone: (925) 932-2468 |
|   | Email: cgreeson@littler.com |
| 5 | dxuli@littler.com |
| 6 | MATTHEW J. RUZA, (IL SBN 6321424) |
|   | *(Admitted Pro Hac Vice)* |
| 7 | LITTLER MENDELSON, P.C. |
|   | 321 North Clark Street, Suite 1100 |
| 8 | Chicago, IL  60654 |
|   | Telephone:  (312) 372-5520 |
| 9 | Email:  mruza@littler.com |
| 10 | Attorneys for Defendant |
|    | T-MOBILE US, INC. |
| 11 | |
| 12 | Joshua H. Haffner, (CA SBN 188652) |
|    | Trevor Weinberg, (CA SBN 330778) |
| 13 | HAFFNER LAW PC |
|    | 15260 Ventura Blvd., Suite 1520 |
| 14 | Sherman Oaks, California 91403 |
|    | Tel: (213) 514-5681 |
| 15 | Email: jhh@haffnerlawyers.com |
| 16 | tw@haffnerlawyers.com |
| 17 | Attorneys for Plaintiff Paula Zajonc, and all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ZAJONC, an individual; on behalf of themselves and all others similarly situated, | CASE NO. 4:24-cv-07590-HSG |
| Plaintiff, | **ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE (as modified)** |
| vs. | |
| T-MOBILE US, INC.; and DOES 1 through 10, inclusive, | |
| Defendant. | |

CASE NO. 4:24-cv-07590-HSG

ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE

**Error! Unknown document property name.**

**ORDER**

Having considered the Parties' stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiff shall file any Motion for Class Certification on or before October 9, 2025;

2. Defendant shall file any Opposition to Motion for Class Certification on or before November 6, 2025;

3. Plaintiff shall file any Reply in support of Motion for Class Certification on or before November 20, 2025;

4. The hearing on Plaintiff's Motion for Class Certification shall take place on December 11, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 2/19/2025

Honorable Haywood S. Gilliam, Jr.