UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULA ZAJONC, et al., 

Plaintiff(s),

v.

T-MOBILE US, INC., et al.,

Defendant(s).

Case No. 24-cv-07590-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Yara Mroueh, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: T-MOBILE US, INC. in the above-entitled action. My local co-counsel in this case is Chad Greeson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 251928.

| | |
|---|---|
| 321 N. Clark St, Ste 1100, Chicago, IL 60654 | 1255 Treat, #600, Walnut Creek, CA 94597 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 795-3263 | (925) 927-4507 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ymroueh@littler.com | cgreeson@littler.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6324386.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: December 3, 2024                             Yara Mroueh
                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Yara Mroueh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/19/2025



DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

Updated 11/2021                          2

Yara Mroueh, Bar No. 6324386
ymroueh@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, Illinois 60654
Telephone: 312.372.5520
Fax No.: 312.372.7880

Attorneys for Defendant
T-MOBILE US, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ZAJONC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE US, INC.,<br><br>　　　　Defendant. | Case No. 24-cv-07590-HSG<br><br>**OATH OF ATTORNEY Y. MROUEH IN SUPPORT OF *PRO HAC VICE* APPLICATION**<br><br>Date:　　December 3, 2024<br>Judge:　Haywood S. Gilliam, Jr.<br><br>Complaint Filed:　September 27, 2024 |

I, Yara Mroueh, an attorney, solemnly swear:

(1) That I am an active member in good standing of the bar of the State of Illinois;

(2) That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court;

(3) That an attorney, Chad Greeson of Littler Mendelson P.C., Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, CA 94597, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel; and,

///

///

4855-8807-7818.1 / 066431-1167

OATH OF ATTORNEY Y. MROUEH IN
SUPPORT OF PRO HAC VICE
APPLICATION 24-CV-07590-HSG

LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
312.372.5520

(4) I have not been granted pro hac vice admission times by this Court in the 12 months preceding this application.

Dated: December 3, 2024				LITTLER MENDELSON, P.C.


						By:/s/ Yara Mroueh
						          Yara Mroueh

						Attorney for Defendant
						T-MOBILE USA, INC.

LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL  60654
312.372.5520

4855-8807-7818.1 / 066431-1167

2

OATH OF ATTORNEY YARA MROUEH IN
SUPPORT OF PRO HAC VICE
APPLICATION 24-CV-07590-HSG

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Yara Mroueh

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of October, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois