1  CHAD GREESON (CA SBN 251928)
   DANIEL XULI (CA SBN 316583)
2  LITTLER MENDELSON P.C.
   Treat Towers, Suite 600
3  1255 Treat Boulevard
   Walnut Creek, CA 94597
4  Telephone: (925) 932-2468
   Email: cgreeson@littler.com
5         dxuli@littler.com

6  MATTHEW J. RUZA, (IL SBN 6321424)
   *(Admitted Pro Hac Vice)*
7  LITTLER MENDELSON, P.C.
   321 North Clark Street, Suite 1100
8  Chicago, IL  60654
   Telephone: (312) 372-5520
9  Email:  mruza@littler.com

10 Attorneys for Defendant
   T-MOBILE US, INC.
11

12 Joshua H. Haffner, (CA SBN 188652)
   Trevor Weinberg, (CA SBN 330778)
13 HAFFNER LAW PC
   15260 Ventura Blvd., Suite 1520
14 Sherman Oaks, California 91403
   Tel: (213) 514-5681
15 Email: jhh@haffnerlawyers.com
          tw@haffnerlawyers.com
16

17 Attorneys for Plaintiff Paula Zajonc, and all others
   similarly situated

18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

22 | PAULA ZAJONC, an individual; on behalf of themselves and all others similarly situated, | CASE NO. 4:24-cv-07590-HSG |
   |---|---|
   | Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |
   | vs. | |
   | T-MOBILE US, INC.; and DOES 1 through 10, inclusive, | |
   | Defendant. | |

**TO THE HONORABLE COURT:**

The Parties hereby notify the Court that they reached a mutually agreeable individual settlement in principle following the August 22, 2025, mediation. At present, the Parties are working cooperatively on memorializing the terms and conditions of their settlement agreement for execution.

**FURTHER, IT IS HEREBY STIPULATED AND AGREED** that in light of the foregoing, the Parties request that the Court vacate all pending deadlines and hearings.

DATED: September 18, 2025

          */s/ Chad D. Greeson*
          CHAD D. GREESON
          MATTHEW J. RUZA
          DANIEL XULI
          LITTLER MENDELSON P.C.

          Attorneys for Defendant
          T-MOBILE US, INC.

DATED: September 18, 2025

          */s/ Trevor Weinberg*
          JOSHUA H. HAFFNER, ESQ.
          TREVOR WEINBERG, ESQ.
          HAFFNER LAW PC

          Attorneys for Plaintiff
          PAULA ZAJONC, AND ALL OTHERS
          SIMILARLY SITUATED

**[PROPOSED] ORDER**

Pursuant to the foregoing, and good cause appearing, all pending deadlines and hearings are hereby vacated.

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE

4928-3023-0377 / 066431.1167