1  Joshua H. Haffner, SBN 188652
   (jhh@haffnerlawyers.com)
2  Trevor Weinberg, SBN 330778
   (tw@haffnerlwyers.com)
3  **HAFFNER LAW PC**
   15260 Ventura Blvd., Suite 1520
4  Sherman Oaks, California 91403
   Telephone: (213) 514-5681
5  Facsimile: (213) 514-5682

6  Attorneys for Plaintiff Paula Zajonc,
   and all others similarly situated

7  
              **UNITED STATES DISTRICT COURT**
8  
              **NORTHERN DISTRICT OF CALIFORNIA**
9  

10  PAULA ZAJONC, an individual, on       Case No.: 4:24-cv-07590-HSG
11  behalf of herself and all others
    similarly situated,                    **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO**
12                                         **DISMISS PLAINTIFF'S**
                                           **INDIVIDUAL CLAIMS WITH**
13             Plaintiff,                  **PREJUDICE AND CLASS CLAIMS**
                                           **WITHOUT PREJUDICE AS TO THE**
14        v.                               **PUTATIVE CLASS**

15  T-MOBILE US, INC.; and DOES 1         [*Filed concurrently with Joint Stipulation
16  through 10, inclusive,                to Dismiss Plaintiff's Individual Claims
                                          With Prejudice as to the Putative Class;
17             Defendants.                Declaration of Trevor Weinberg*]

18
19
20
21
22
23
24
25
26
27
28

9

**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

# ORDER

The Court, having reviewed the Parties' Joint Stipulation to Dismiss Plaintiff's Individual Claims With Prejudice and Class Claims Without Prejudice, the Declaration of Trevor Weinberg filed concurrently therewith, and any and all supporting papers, and good cause appearing, hereby GRANTS the Parties' Stipulation and ORDERS pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

    1.    Plaintiff Paula Zajonc's individual class claims are hereby dismissed *with prejudice*.

    2.    The class claims are dismissed *without prejudice* as to the putative class members.

    3.    The clerk is directed to close this file.

IT IS SO ORDERED.

DATED: 12/22/2025

*/s/ Haywood S. Gilliam Jr.*
The Hon. Haywood S. Gilliam Jr.